No. 98–1794. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 351 *v.* COOPER NATURAL RESOURCES, INC. C. A. 5th Cir. Certiorari denied.

No. 98–1795. MARTINEZ *v.* CITY OF LOS FRESNOS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 98–1797. IGLESIAS *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK. C. A. 1st Cir. Certiorari denied.

No. 98–1799. KNOX COUNTY EDUCATION ASSN. *v.* KNOX COUNTY BOARD OF EDUCATION. C. A. 6th Cir. Certiorari denied.

No. 98–1800. PHILADELPHIA, BETHLEHEM & NEW ENGLAND RAILROAD CO. *v.* NEWHARD. C. A. 3d Cir. Certiorari denied.

No. 98–1801. SWISHER *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–1802. BALTIMORE CITY POLICE DEPARTMENT ET AL. *v.* FRATERNAL ORDER OF POLICE, LODGE 3, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–1803. GIBSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–1804. KAUL ET VIR *v.* KANSAS DEPARTMENT OF REVENUE ET AL. Sup. Ct. Kan. Certiorari denied.

No. 98–1805. IRVING *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–1807. INDUSTRIAL CHEMICALS, INC. *v.* CITY OF TUSCALOOSA ET AL.; and
No. 98–1997. HARCROS CHEMICALS, INC. *v.* CITY OF TUSCALOOSA ET AL. C. A. 11th Cir. Certiorari denied. Reported below: 158 F. 3d 548.

No. 98–1808. CURETON ET AL. *v.* SHARPE ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1810. MCGINNIS *v.* ANCHORAGE SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.